SALVATORE PISANO et al., Appellants, v. STANLEY RANDAZZO et al., Respondents.—

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.